UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALAN B. EICKHOFF, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 4:21-CV-00434-SRW |
| CITY OF FERGUSON, et al., | ) |
|     Defendants. | ) |

## STIPULATION FOR DISMISSAL OF ALL CLAIMS

Come now all parties and, under Rule 41(a)(1), Fed.R.Civ.P., stipulate that plaintiff Alan B. Eickhoff, by and through his attorneys of record, hereby voluntarily dismisses his Complaint and all claims contained therein against defendants City of Ferguson and Delrish Moss *with prejudice*. Each party to be responsible for his/its own costs.

| | |
|---|---|
| **UTHOFF, GRAEBER, BOBINETTE & BLANKE** | **BARKLAGE, BRETT & HAMILL, P.C** |
| By: /s/ Richard B. Blanke | By: /s/ John R. Hamill |
| Richard B. Blanke, #28675MO | Joel D. Brett, #33471 |
| Paul L. Schmitz, #66885MO | John R. Hamill, #45040 |
| 906 Olive Street, Suite 300 | 211 North Third Street |
| St. Louis, MO 63101 | St. Charles, MO 63301 |
| Tel.: (314) 621-9550 | Tel: (636) 949-2120 |
| Fax: (314) 621-2697 | Fax: (636) 949-8786 |
| E-Mail: rblanke@ugbblaw.com | E-Mail: jbrett@barklage-brett.com |
| E-Mail: pschmitz@ugbblaw.com | E-Mail: jamill@barklage-brett.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Alan B. Eickhoff* | *City of Ferguson and Delrish Moss* |